# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED JUNE 10, 2025**

---

**NO. 03-24-00783-CV**

---

**Divonne Soler, Appellant**

**v.**

**David Tisminezky Sukerman, Appellee**

---

**APPEAL FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the interlocutory order signed by the trial court on November 7, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's interlocutory order. Therefore, the Court affirms the trial court's interlocutory order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.